UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| TONY RYALS AND KENNETH WARD | C.A. NO. 3:14-cv-00531 |
| VERSUS | JUDGE: JOHN W. deGRAVELLES |
| MMR CONSTRUCTORS, INC. | MAG. JUDGE: RICHARD L. BOURGEOIS, JR. |

## ORDER

**CONSIDERING THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT AND FOR DISMISSAL OF ALL CLAIMS AND INCORPORATED MEMORANDUM**, and after evaluating the confidential settlement and release agreement between the parties, and finding the agreement to be fair and reasonable and approving same under the Fair Labor Standards Act;

**IT IS HEREBY ORDERED**, that the Joint Motion to Approve Settlement and for Dismissal of All Claims filed by Tony Ryals and Kenneth Ward and all collective action members ("Plaintiffs"), and Defendants, MMR Group Inc. and MMR Constructors, Inc. ("MMR"), is **GRANTED** and that the instant action is dismissed with prejudice, each party to bear his/its own attorneys' fees and costs (except as otherwise agreed in the parties' confidential settlement and release agreement).

Baton Rouge, Louisiana, this ____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

7741154_1